

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00397-CV

_____

IN RE ALISON MAGUIRE, KERI CARUTHERS, TRACY RUNNELS, AND
EMILY MEISNER, Relators

---

Original Proceeding
Denton County, Texas

---

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of injunction and motion for emergency injunctive relief, respondents' responses,[1] and relators' reply, and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of injunction and motion for emergency injunctive relief are denied.

Per Curiam

Delivered:  October 18, 2022

---

[1]All other pending motions are moot.